United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 13-36522-RAM
Nina S. Parker                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1           User: reynoldsm           Page 1 of 1            Date Rcvd: Nov 05, 2014
                               Form ID: pdf004           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2014.
db             +Nina S. Parker,    997 NW 116 Street,    Miami, FL 33168-2314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2014 at the address(es) listed below:
              Carolina A Lombardi    on behalf of Debtor Nina S. Parker clombardi@lsgmi.org,  OZaribaf@lsgmi.org
              Nancy K. Neidich    e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3



ORDERED in the Southern District of Florida on November 4, 2014.

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts gov

In Re: Nina S. Parker                              Case No. 13-36522
                                                                    Chapter 13

_____ Debtor._____/

### ORDER SUSTAINING OBJECTION TO CLAIM

THIS CAUSE having come before the court upon the Debtor's Objection to Claim and Certification of No Response and this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** that Debtor's objection to the following claim is sustained.

| Claim No. | Name of Claimant | Amount of Claim | Disposition |
|---|---|---|---|
| 5-1 | MOHELA/Dept of Educ. | $1,028.02 | Claim 5-1 is stricken. |

###

Submitted by: Carolina A. Lombardi, Attorney

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-25 (rev. 08/28/13)                                         Page 1 of 1