UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13

IN RE:  CASE NO.: 13-36522-BKC-RAM

NINA S PARKER

         Debtor(s)
_____/

CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION AND IF APPLICABLE,
A REQUEST FOR AN ORDER TERMINATING THE EMPLOYEE WAGE DEDUCTION ORDER

COMES NOW, Nancy K. Neidich, Chapter 13 Trustee in the above styled action and files this Notice of Plan Completion And If Applicable, A Request For An Order Terminating The Employee Wage Deduction Order and respctfully shows the Court as follows:

The Chapter 13 Trustee has verified the debtor(s) in the above referenced Chapter 13 case has completed payments under the confirmed plan.

The Chapter 13 Trustee respectfully requests that this Court enter an order terminating the Employee Wage Deduction Order, if applicable.

**Debtor(s) must complete and file a Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object (LF-97) or no discharge of debtor(s) will be issued in this case .**

The Chapter 13 Trustee's Final Report of Estate will be submitted as soon as practicable after all payments made to creditors have been negotiated and no outstanding disbursements remain. This case will remain open pending receipt of the Chapter 13 Trustee's Final Report of Estate. Upon submission, an order discharging the Chapter 13 Trustee will be entered in this case.

Respectfully submitted 02/26/2015.

                                    /S
                         _____
                         NANCY K. NEIDICH, ESQUIRE
                         STANDING CHAPTER 13 TRUSTEE
                         P.O. BOX 279806
                         MIRAMAR, FL 33027-9806
                         (954) 443-4402